JACOB HAAG et al., Respondents, *v.* CHARLES HILLEMEIER, Appellant.

(Submitted December 7, 1886; decided December 17, 1886.)

*Bartlett, Wilson & Hayden* for appellant.

*Joseph S. Wood* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.